**No. 62630.**—International Packers Commercial Division of International Packers, Ltd. *v.* United States, protests 292851–K, 296957–K, and 297030–K (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

**No. 62631.**—International Packers Commercial Co., Inc., et al. *v.* United States, protests 58/10558, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

**No. 62632.**—Argyriou Importing Corp. et al. *v.* United States, protests 132559–K, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

**No. 62633.**—George Bantecas et al. *v.* United States, protests 134513–K, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

**No. 62634.**—The Ambriola Co., Inc., et al. *v.* United States, protests 145314–K, etc. (New York).